CLEMENTE M. JIMÉNEZ, SBN 207136
428 J Street, Suite 355
Sacramento, CA 95814
(916) 443-8055

Attorney for Defendant
PABLO CASTRO MARRON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 95-235 EJG |
| Plaintiff, | STIPULATION AND ORDER VACATING TRIAL DATES, CONTINUING CASE, AND EXCLUDING TIME |
| v. | |
| PABLO CASTRO MARRON, | DATE:   January 6, 2012 |
| Defendant. | TIME:    10:00 a.m. |
| | JUDGE:  Hon. Edward J. Garcia |

IT IS HEREBY STIPULATED by and between Assistant United States Attorneys William Wong and Todd Pickles, Counsel for Plaintiff, and Attorney Clemente M. Jiménez, Counsel for Defendant PABLO CASTRO MARRON, that the trial confirmation hearing scheduled for January 6, 2012, at 10:00 a.m., and the trial scheduled to commence on January 23, at 9:00 a.m., be vacated.  The defense has filed a Motion to Dismiss the Indictment.  The parties propose the following dates:

Defense motion to be filed by January 3, 2012; the government's response to be filed by January 27, 2012; defense reply to be filed by January 31, 2012; and the matter set for a non-evidentiary hearing on February 10, 2012, at 10:00 a.m.  Based on the outcome of the motion, the parties can select future dates as necessary.

IT IS FURTHER STIPULATED that time for trial under the Speedy Trial Act, 18 U.S.C. Section 3161 et seq. be tolled pursuant to Section 3161(h)(7)(A) and (B)(iv),

1 (Local code T-4), and that the ends of justice served in granting the continuance and

2 allowing the defendants further time to prepare outweigh the best interests of the public

3 and the defendant to a speedy trial.

4

5 DATED:        January 5, 2012            /S/     William Wong_____

6                                          WILLIAM WONG
                                           Attorney for Plaintiff
7

8                                          /S/     Todd Pickles_____
                                           TODD PICKLES
9                                          Attorney for Plaintiff

10                                         /S/     Clemente M. Jiménez_____

11                                         CLEMENTE M. JIMÉNEZ
                                           Attorney for Pablo Castro Marron
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

### ORDER

2

3    IT IS SO ORDERED, that the trial confirmation hearing in the above-entitled matter,

4    scheduled for January 6, 2012, at 10:00 a.m., and the trial scheduled to commence on

5    January 23, 2012, at 9:00 a.m., be vacated and the matter set for a non-evidentiary

6    hearing on the defense's motion to dismiss the indictment on February 10, 2012, at 10:00

7    a.m.  The Court finds that time under the Speedy Trial Act shall be excluded through

8    February 10, 2012 in order to afford counsel reasonable time to prepare.  Based on the

9    parties' representations, the Court finds that the ends of justice served by granting a

10   continuance outweigh the best interests of the public and the defendants to a speedy trial.

11   This 5th day of January, 2012

12                                                    /s/ Edward J. Garcia

13                                                    HON. Edward J. Garcia
                                                     United States District Judge
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28