1  CLEMENTE M. JIMÉNEZ, SBN 207136
2  428 J Street, Suite 355
   Sacramento, CA 95814
3  (916) 443-8055

4  Attorney for Defendant
5  PABLO CASTRO MARRON

6           IN THE UNITED STATES DISTRICT COURT
7           FOR THE EASTERN DISTRICT OF CALIFORNIA
8

9  UNITED STATES OF AMERICA,        Case No.: 95-235 EJG
10
               Plaintiff,            STIPULATION AND ORDER TO RESET
11                                   BRIEFING SCHEDULE AND HEARING
12         v.
                                     DATE:  February 24, 2012
13 PABLO CASTRO MARRON,              TIME:  10:00 a.m.
                                     JUDGE: Hon. Edward J. Garcia
14
15             Defendant.
16

17         IT IS HEREBY STIPULATED by and between Assistant United States Attorneys
18 William Wong and Todd Pickles, Counsel for Plaintiff, and Attorney Clemente M.
19 Jiménez, Counsel for Defendant PABLO CASTRO MARRON, that the presently set
20 briefing schedule and hearing on the defendant's motion to dismiss the indictment be
21 modified as follows:
22         The government's response to the defendant's motion to be filed by February 24,
23 2012; defendant's reply to be filed by March 2, 2012; and the matter set for a non-
24 evidentiary hearing on March 16, 2012, at 10:00 a.m.  Based on the outcome of the
25 motion, the parties can select future dates as necessary.
26         The parties' attempts to resolve this matter are ongoing.  In the absence of
27 resolution, defense counsel will require time to respond to the government's reply brief.
28

Further, defense counsel will be unavailable for the presently scheduled hearing date due to an out of town professional seminar scheduled on that day.

IT IS FURTHER STIPULATED that time for trial under the Speedy Trial Act, 18 U.S.C. Section 3161 et seq. be tolled pursuant to Section 3161(h)(7)(A) and (B)(iv), (Local code T-4), and that the ends of justice served in granting the continuance and allowing the defendants further time to prepare outweigh the best interests of the public and the defendant to a speedy trial.

DATED:     February 9, 2012          /S/     William Wong_____
                                     WILLIAM WONG
                                     Attorney for Plaintiff

                                     /S/     Todd Pickles_____
                                     TODD PICKLES
                                     Attorney for Plaintiff

                                     /S/     Clemente M. Jiménez_____
                                     CLEMENTE M. JIMÉNEZ
                                     Attorney for Pablo Castro Marron

## O RDER

IT IS SO ORDERED, that the revised law and motion schedule be adopted.  The Court finds that time under the Speedy Trial Act shall be excluded through March 16, 2012 in order to afford counsel reasonable time to prepare.  Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants to a speedy trial.

This 9TH day of February, 2012

                                     /s/ Edward J. Garcia
                                     United States District Judge

~1174173.doc
02/09/12

- 2 -

1  CLEMENTE M. JIMÉNEZ, SBN 207136
2  428 J Street, Suite 355
   Sacramento, CA 95814
3  (916) 443-8055

4
   Attorney for Defendant
5  PABLO CASTRO MARRON

6              IN THE UNITED STATES DISTRICT COURT

7              FOR THE EASTERN DISTRICT OF CALIFORNIA

8

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>PABLO CASTRO MARRON,<br><br>  Defendant. | Case No.: 95-235 EJG<br><br>STIPULATION AND ORDER TO RESET BRIEFING SCHEDULE AND HEARING<br><br>DATE:  February 24, 2012<br>TIME:   10:00 a.m.<br>JUDGE: Hon. Edward J. Garcia |

    IT IS HEREBY STIPULATED by and between Assistant United States Attorneys William Wong and Todd Pickles, Counsel for Plaintiff, and Attorney Clemente M. Jiménez, Counsel for Defendant PABLO CASTRO MARRON, that the presently set briefing schedule and hearing on the defendant's motion to dismiss the indictment be modified as follows:

    The government's response to the defendant's motion to be filed by February 24, 2012; defendant's reply to be filed by March 2, 2012; and the matter set for a non-evidentiary hearing on March 16, 2012, at 10:00 a.m.  Based on the outcome of the motion, the parties can select future dates as necessary.

    The parties' attempts to resolve this matter are ongoing.  In the absence of resolution, defense counsel will require time to respond to the government's reply brief.

~1174173.doc                    - 1 -
02/09/12

1  Further, defense counsel will be unavailable for the presently scheduled hearing date due
2  to an out of town professional seminar scheduled on that day.
3      IT IS FURTHER STIPULATED that time for trial under the Speedy Trial Act, 18
4  U.S.C. Section 3161 et seq. be tolled pursuant to Section 3161(h)(7)(A) and (B)(iv),
5  (Local code T-4), and that the ends of justice served in granting the continuance and
6  allowing the defendants further time to prepare outweigh the best interests of the public
7  and the defendant to a speedy trial.

9  DATED:     February 9, 2012          /S/     William Wong_____
                                                WILLIAM WONG
10                                              Attorney for Plaintiff

12                                       /S/     Todd Pickles_____
                                                 TODD PICKLES
13                                               Attorney for Plaintiff

14                                       /S/     Clemente M. Jiménez_____
                                                 CLEMENTE M. JIMÉNEZ
15                                               Attorney for Pablo Castro Marron

17                                **O RDER**

18  IT IS SO ORDERED, that the revised law and motion schedule be adopted.  The Court
19  finds that time under the Speedy Trial Act shall be excluded through March 16, 2012 in
20  order to afford counsel reasonable time to prepare.  Based on the parties' representations,
21  the Court finds that the ends of justice served by granting a continuance outweigh the
22  best interests of the public and the defendants to a speedy trial.

24  This 9TH day of February, 2012

25                                       /s/ Edward J. Garcia
                                         United States District Judge
26