UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

## MEMORANDUM AND ORDER

Honorable Edward J. Garcia
Senior United States District Judge
Sacramento, California

                                     **RE:**    **Pablo Castro MARRON**
                                               Docket Number:  2:95CR00235-03
                                               **CONTINUANCE OF JUDGMENT**
                                               **AND SENTENCING; ORDER**

Your Honor:

Per agreement with both counsel, it is respectfully requested that the above-referenced case be continued from 08/31/2012 to 10/26/2012 at 10AM. (See attached amended Schedule for Disclosure.)

**REASON FOR CONTINUANCE:** The probation will be on annual leave until August 13, 2012. The probation interview could not be done until the probation officer's last day in the office before vacation. Therefore, more time is needed to prepare the report

By copy of this memorandum, the Court Clerk is being requested to make appropriate changes in the Court calendar.

                            Respectfully submitted,

                            LINDA L. ALGER
                            Senior United States Probation Officer

**REVIEWED BY:**

                       HUGO ORTIZ
                       Supervising United States Probation Officer

Dated:     July 16, 2012
             Sacramento, California
             LLA

**FILED**
JUL 24 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
        DEPUTY CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Docket Number:  2:95CR00235-03 |
| Plaintiff, | SCHEDULE FOR DISCLOSURE OF PRESENTENCE REPORT AND FOR FILING OF OBJECTIONS TO THE PRESENTENCE REPORT |
| vs. | |
| **Pablo Castro MARRON** | |
| Defendant. | |

The Probation Officer and all parties shall adhere to this schedule unless it is later modified by this Court:

| | |
|---|---|
| Judgment and Sentencing Date: | 10/26/2012@10AM |
| Reply, or Statement of Non-Opposition: | 10/19/2012 |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | 10/12/2012 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | 10/05/2012 |
| Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | 09/28/2012 |
| The proposed Presentence Report shall be disclosed to counsel no later than: | 09/14/2012 |

RE: **Pablo Castro Marron**
     **Docket Number:   2:95CR00235-03**
     **CONTINUANCE OF JUDGMENT AND SENTENCING; ORDER**

Attachment

cc:   Clerk, United States District Court
      United States Attorney's Office
      United States Marshal's Office
      Federal Defender (If defense counsel is court-appointed)
      Probation Office Calendar clerk

✓ **Approved**             _[signature]_                     7/23/12
                           **EDWARD J. GARCIA**
                           **Senior United States District Judge**        Date

___ **Disapproved**