IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case №:2:95-cr-00235-03 WBS |
| | ) | |
| Plaintiff, | ) | **O R D E R** |
| | ) | **APPOINTING COUNSEL** |
| vs. | ) | |
| | ) | |
| PABLO CASTRO MARRON, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Pursuant to General Order No. 546 and the provisions of the Criminal Justice Act, 18 U.S.C. §§ 3006A(a)(1) and (c), and in accordance with the retroactive application of the United States Sentencing Commission's Amendment 782, CJA Panel attorney, John P. Balazs, is hereby appointed effective, September 12, 2017, the date the Office of the Federal Defender first contacted this attorney.

Dated: September 13, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

ORDER APPOINTING COUNSEL         1