John Balazs, Bar. No. 157287
Attorney at Law
916 2nd Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299
Facsimile: (916) 557-1118
john@balazslaw.com

Attorney for Defendant
PABLO CASTRO MARRON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PABLO CASTRO MARRON,<br><br>Defendant. | No. 2:95-CR-0235-WBS<br><br>**STIPULATION AND ORDER TO CONTINUE BRIEFING SCHEDULE RE: MOTION TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE<br><br>Hon. William B. Shubb |

Defendant, PABLO CASTRO MARRON, by and through his attorney, John Balazs, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate to extend the briefing schedule regarding defendant's amended motion to reduce sentence under 18 U.S.C. § 3582(c)(2) by three weeks as follows:

Defendant's Amended § 3582(c)(2) Motion Due:   November 1, 2017

Government's Response Due:   November 22, 2017

Defendant's Reply Due:   November 29, 2017

Stipulation and Order   1

1     The reason for this request is that Marron's counsel has ordered and is awaiting
2 production of the sentencing reporter's transcript.

Dated: October 10, 2017          Dated: October 10, 2017

PHILLIP TALBERT
United States Attorney

 /s/ *Jason Hitt*                       /s/*John Balazs*
JASON HITT                            JOHN BALAZS
Assistant U.S. Attorney

Attorney for Plaintiff               Attorney for Defendant
UNITED STATES OF AMERICA    PABLO CASTRO MARRON

## ORDER

    IT IS SO ORDERED.

Dated: October 10, 2017

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE